# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                Case No. 07-CR-61

GENE L. WADE,
        Defendant.

## ORDER

This matter having come before this court on motion of the government requesting that this court stay its order granting the defendant's release on a $5000 cash bond in order to maintain the status quo, pending the appeal of this decision to the district court;

IT IS HEREBY ORDERED that the order granting release is STAYED until 5:00 p.m. on June 28, 2007, at which time the release order continues in effect unless further stayed by the district judge.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2007.

                                        BY THE COURT:

                                        s/AARON E. GOODSTEIN
                                        United States Magistrate Judge